# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROMOUNDS, INC. <br><br> Plaintiff, <br><br> v. <br><br> O.D. DIGITAL LLC. <br><br> Defendant. | Civil Action No. 17-cv-10888 |

## NOTICE OF WITHDRAWAL AS COUNSEL

Please take notice that Jose P. Sierra and Payal Salsburg of the law firm of Laredo & Smith, LLP withdraw as counsel for Defendant O.D. Digital LLC in this action. Dallas N. Cruz, Esq. of Fried, Frank, Harris, Shriver & Jacobson LLP will continue to represent Defendant in this matter.  There are no pending motions and no trial date has been set in this case.

Dated: June 28, 2017    By: /s/ *Payal Salsburg*_____
   Payal Salsburg, BBO No. 568812
   LAREDO & SMITH, LLP
   101 Federal Street, Suite 650
   Boston, MA 02110
   Tel. (617) 443-1100
   salsburg@laredosmith.com


   /s/ *Jose P. Sierra*_____
   Jose P. Sierra, BBO No. 681298
   Laredo & Smith, LLP
   101 Federal Street, Suite 650
   Boston, MA 02110
   Tel: (617) 443-1100
   Fax: (617) 443-1174
   sierra@laredosmith.com

   *Attorneys for Defendant O.D. Digital LLC*

1

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document has been filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing and by first-class mail to those non-registered participants identified on the Notice of Electronic Filing.

                                              /s/ *Payal Salsburg*
                                              Payal Salsburg

Dated: June 28, 2017