UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PROMOUNDS, INC., | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:17-cv-10888-JCB |
| v. | ) ) | |
| O.D. DIGITAL, LLC, | ) ) | |
| Defendant. | ) ) ) | |

**NOTICE TO WITHDRAWAL
APPEARANCE OF RYAN D. FABRE**

Pursuant to Local Civil Rule 83.5.2(c)(1), please withdraw the appearance of Ryan D. Fabre of the firm Fried, Frank, Harris, Shriver & Jacobson LLP, for Defendant O.D. Digital, LLC in the above-captioned action.  Attorneys Dallas Cruz and Robert M. Masters will continue to represent Defendant O.D. Digital, LLC.

Dated:  May 3, 2018                                            Respectfully submitted,

                                                        /s/ Ryan D. Fabre
Robert M. Masters (*Pro Hac Vice*)
Dallas Cruz (DMA Bar No. 679974)
Ryan D. Fabre (*Pro Hac Vice*)
FRIED, FRANK, HARRIS, SHRIVER &
  JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
Telephone:    202-639-7000
Facsimile:     202-639-7003
Email: Robert.Masters@friedfrank.com
        Dallas.Cruz@friedfrank.com
        Ryan.Fabre@friedfrank.com

Counsel for Defendant
O.D. Digital, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing and by first-class mail to those non-registered participants identified on the Notice of Electronic Filing.

Dated:  May 3, 2018                                                 /s/ Ryan D. Fabre
                                                                               Ryan D. Fabre (Pro Hac Vice)
                                                                               FRIED, FRANK, HARRIS, SHRIVER &
                                                                               JACOBSON LLP